UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| LYNN GARNER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:19-CV-900-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITHOUT** |
| The Anthem Companies, Inc., | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having been advised by counsel that settlement has been reached on all matters in this case [R. 54],

**IT IS ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to re-docket this action upon application to this Court.

This the 26th day of October, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record