UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LYNN GARNER, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:19-CV-900-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL OF** |
| THE ANTHEM COMPANIES, INC., ) | **DEFENDANT THE ANTHEM** |
| ) | **COMPANIES, INC., WITH** |
| Defendant. ) | **PREJUDICE** |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [R. 58]. Having reviewed the Stipulation and the Court being otherwise sufficiently advised;

It is **ORDERED** that Plaintiffs' claims against Defendant The Anthem Companies, Inc. are **DISMISSED WITH PREJUDICE** and each party shall bear its own fees and costs.

This the 1st day of December, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record